U.S. District Court
Wisconsin Eastern

APR 18 2022

FILED
Clerk of Court

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MATTHEW J. HARRIS,                    JURY TRIAL DEMAND

    Plaintiff,

    v.                    CASE No. 21-C-1011

KRISTINA    DEBLANC, et al.,

    Defendants.

## MOTION TO EXTEND DEADLINE (60 DAYS)

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, re (DKT 26) NOTICE AND ORDER, Plaintiff pro se' moves the Court to extend the (5/2/2022) Deadline for response materials to include an additional 60 Days, or to date July 2, 2022.

1.) On page 2 of 2 of DKT 26 NOTICE AND ORDER, the Court states, "If Harris believes he needs additional time to prepare his response materials, he must file a motion asking the Court to extend the deadline before his response materials are due. If he files such a motion, he must explain why he needs additional time and how much additional time he needs."

2.) Plaintiff asks the Court to extend the May 2, 2022 deadline for response Materials, an additional 60 Days, or to July 2, 2022.

3.) Plaintiff requires additional time to prepare response materials (re DKT 22, 23, 24, 25, 26) for the following reason(s):

    a.) Plaintiff is an indigent pro se' litigant who is UNLETTERED in litigation practice(s), nor is he a "Jailhouse Lawyer".

    b.) Plaintiff is experiencing difficulty understanding (the HOW to) application(s) of court procedures, Fed. R. Civ. P., Rules of Evidence, Court local rules, and Legal words/terminologies necessary to litigate issues/claims effectively.

    c.) All of the practices that accompany litigation are beyond this plaintiff pro se' INDIVIDUAL capabilities as a layperson that is unlettered in HOW to present or perform such practices. As a result, plaintiff has been reliant on the Assistance of another person/prisoner who is willing to and has been assisting plaintiff with filings, when availability of the assistant permits, as the assistant is now living on a separate Housing Unit from Harris, due to a transfer. Thankfully, both Housing Units are located inside RCI.

d.) Plaintiff is efforting to overcome the difficulties he is experiencing with litigation. However, plaintiff has also become overwhelmed, as his need to file for Discovery is also approaching. Staff shortages at the prison have reduced LAW LIBRARY ACCESS, creating more difficulty. Please grant me this EXTENSION.

"I declare under penalty of perjury that the foregoing is true and correct. Executed on 4/12/2022. *Matthew J. Harris*." 28 U.S.C. § 1746(2).

DATED 04-13-2022

Respectfully,

*Matthew J. Harris*

MATTHEW J. HARRIS
#564394
RACINE CORRECTIONAL INSTITUTION
2019 WISCONSIN STREET
P.O. BOX 900
STURTEVANT, WI 53177
(262) 886-3214

# CERTIFICATE OF SERVICE

### CASE NO. 21-C-1011

Matthew J. Harris, Plaintiff, indigent pro se', declares under penalty of perjury pursuant to 28 U.S.C. § 1746 (2) that he mailed a copy of the enclosed ...

1.) MOTION TO EXTEND DEADLINE (60 DAYS) (3 pgs)

2.) CERTIFICATE OF SERVICE (1 pg.) dated 04-13-2022 ... to (both) the Court, Honorable William C. Griesbach, c/o office of the Clerk, United States District Court, Eastern District of Wisconsin, 125 S. Jefferson Street, Suite 102, Green Bay, WI 54301, and, to Defendants Counsel, Assistant Attorney General, Flugaur, Wisconsin Department of Justice, Post Office Box 7857, Madison, WI 53707-7857, by placing them in envelopes with attached first-class postage. These envelopes were placed by me in the "prison mailbox" of my Housing Unit at Racine Correctional Institution located at: 2019 Wisconsin St., P.O. Box 900, Sturtevant, WI 53177, on date 04-13-2022.

Signed, _Matthew J. Harris_ Dated _04-13-2022_
pro se'
MATTHEW J. HARRIS #564394
RACINE CORRECTIONAL INSTITUTION
2019 WISCONSIN STREET
P.O. BOX 900
STURTEVANT, WI 53177
(262) 886-3214