# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

---

MATTHEW J. HARRIS,

                Plaintiff,

     v.

TRITT et. al.,

                Defendants.            **Case No. 21-CV-1011**

---

## ORDER

---

On June 27, 2023, a mediation was conducted in the above-captioned action. The parties were unable to settle through mediation.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this case be and hereby is returned to United States District Judge William C. Griesbach for further proceedings.

**SO ORDERED** on June 27, 2023.

BY THE COURT:

_____
James R. Sickel
United States Magistrate Judge