

Afghanistan and United States
Afghan Tel: +93 (0) 795 069 652
          +93 (0) 788 887 887
Int'l Tel : +1 (704) 765-4887
U.S. Tel : +1 (704) 763-5413
Website : motleylegal.com

June 28, 2023

Honorable William C. Griesbach
United States District Court, for the Eastern District of Wisconsin
United States Courthouse, Room 203
125 South Jefferson Street
Green Bay, Wisconsin 54301-4541

RE :   Matthew Harris v. Kyle Tritt, et. al., 21 CV 1011

Dear Judge Griesbach,

Please note that I entered my notice of appearance in this matter on May 26, 2023 ECF #64.  All parties met and participated in a mediation conference on June 27, 2023 which was unsuccessful.

I respectfully request the court to set this matter for a status conference as soon as the court is available.

Respectfully submitted,

MOTLEY LEGAL SERVICES

s:/ Kimberley Cy. Motley
CEO / Founding Partner
International Number : +1(704) 765-4887
US MOBILE : +1 (704) 763-5413
Email : kmotley@motleylegal.com