UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MATTHEW J. HARRIS,

      Plaintiff(s),

      v.                                      Case No. 21-C-1011

KYLE TRITT, et al.,

      Defendant(s).

---

## AMENDED PRETRIAL ORDER

---

1. All discovery in this case is to be completed no later than **January 2, 2024.**

### Final Pretrial Conference

2. The final pretrial conference will be held on **February 9, 2024 at 1:30 p.m. (CT)** via Zoom Video Conference. Counsel are to notify any interested parties and provide the Zoom Video Conference information to them. Counsel shall contact the Office of the Clerk at least 24 hours prior to the hearing if interested parties wish to listen to the court proceeding. Members of the public, or media may contact the Office of the Clerk at least 24 hours prior to the hearing at 920-455-7381 if they wish to listen to the court proceeding.

3. Unless otherwise ordered, each party shall prepare and file a pretrial report in accordance with Civil L.R. 16(c).

4. In addition to e-filing their pretrial report, if the case is scheduled for a jury trial, counsel must submit a copy of their proposed voir dire questions, proposed jury instructions, and proposed verdict form in Word or WordPerfect format to the proposed order e-mail box at GriesbachPO@wied.uscourts.gov. If the case is scheduled for a bench trial, counsel must submit a copy of their proposed findings of fact and conclusions of law.

5. All motions in limine are to be served and filed 10 days prior to the date set for the final pretrial conference, with responses served and filed 3 days prior to the final pretrial conference.

## Trial

6. A jury trial will be held **on March 4, 2024 at 8:30 a.m. (CT)** at 125 S. Jefferson Street, Green Bay, WI 54301, in Room 201.

7. On or prior to the first day of trial, counsel must provide opposing counsel with a complete copy of all exhibits to be presented at trial. At trial, counsel must provide the original or a copy to the witness(es) when seeking to introduce an exhibit, which shall be retained by the Clerk at the conclusion of trial as part of the Court record. Although a copy of all exhibits need not be provided to the Court before trial, each party should be prepared to provide the Court with a paper copy of each exhibit it intends to introduce through each witness when that witness is called.

8. One business day prior to the commencement of the trial, exhibit list(s) are to be e-mailed to wied_clerks_gb@wied.uscourts.gov in fill-able format. All exhibit lists are to be prepared using the Exhibit and Witness List form located on the court's website, www.wied.uscourts.gov, in the Forms Repository. The parties may prepare either joint or separate exhibit lists.

9. Documents identified as exhibits must be marked before trial and must be numbered sequentially, with only one exhibit number assigned to each document or physical object throughout the course of the trial. Exhibit numbers 1–999 are reserved for plaintiff; Exhibit numbers 1000–1999 are reserved for defendant; successive blocks of numbers are reserved for any additional parties starting with 2000–2999. The parties should consult with each other so as to avoid marking duplicate copies of the same exhibit.

**SO ORDERED** on November 15, 2023.

s/ William C. Griesbach
William C. Griesbach
United States District Judge