# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Wisconsin

Matthew Harris,

V.

Kyle Tritt, et al.,

## EXHIBIT AND WITNESS LIST

Case Number: 21-cv-1011

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William C. Griesbach | Nathaniel Cade / Kimberley Motley | Brandon Flueguer / Ashley Fard |
| TRIAL DATE (S) March 4, 2024 - March 8, 2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 100 | | | | | Pictures of Matthew Harris, razor blades, RHU cell taken 09/07/2018 |
| 101 | | | | | I. Incident Report Summary #00341124 |
| 102 | | | | | Incident Report Summary #00341060 |
| 103 | | | | | Harris Observation log excerpts 09/07/2018 |
| 104 | | | | | Pictures of RHU cell taken 9/7/2018 |
| 105 | | | | | Pictures of razor blades taken 9/7/2018 |
| 106 | | | | | Affidavit of Stanley Ridley |
| 107 | | | | | ICE REPORT - For Complaint WCI-2018-20573 - 09282018 |
| 108 | | | | | ICE - Reviewing Authority's Decision For Complaint WCI-2018-20573 - 09282018 |
| 109 | | | | | CCE Report - Complaint Number WCI-2018-20573 - 10/12/2018 |
| 110 | | | | | General Report on Inmate Complaint - 09282018 DOC 622-623 |
| 111 | | | | | Harris Inmate Complaint for WCI-2018-20573 |
| 112 | | | | | Harris Inmate Complaint Appeal |
| 113 | | | | | DAI Policy #500.70.24 Clinical Observation |
| 114 | | | | | DAI Policy #500.70.25 Suicide Prevention in Adult Correctional Facilities |
| 115 | | | | | DAI Policy #306.16.01 Use of Body Cameras |
| 116 | | | | | DAI Policy #306.00.16 - Contraband |
| 117 | | | | | DAI Policy #306.00.01 Electronic Monitoring |
| 118 | | | | | DAI Policy #310.00.01 Inmate Complaints Regarding Misconduct |
| 119 | | | | | DAI Policy #300.00.71 - Reporting Serious Incidents, Events of Special Interests & Leg. Inquiries |
| 120 | | | | | DAI Policy #308.00.01 Administrative Confinement |
| 121 | | | | | DAI Policy #303.00.02 Restrictive Housing Programs and Review |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

Matthew Harris vs. Kyle Tritt, et al., CASE NO. 21-cv-1011

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 122 | | | | | Pictures of razor blades and bic razor blades |
| 123 | | | | | DOC-27 |
| 124 | | | | | Pictures of RHU |
| 125 | | | | | Pictures of North Cell Hall |
| 126 | | | | | Pictures outside RHU |

Page 2 of 2 Pages