# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**MATTHEW J. HARRIS,**

      Plaintiff,

    v.                                   **FINAL PRETRIAL CONFERENCE**
                                                      Case No. 21-C-1011

**KYLE TRITT, et. al.,**

      Defendants.

---

HONORABLE WILLIAM C. GRIESBACH presiding       Time Called:   1:33 p.m.
Proceeding Held:  February 9, 2024            Time Concluded:   2:40 p.m.
Deputy Clerk:  Joleen                            Tape:   Zoom 020924

**<u>Appearances:</u>**

    **Plaintiff:**      Kimberly Motley and Nathaniel Cade, Jr.

    **Defendants:**    Ashley Fard and Brandon Flugaur

---

There has been a delay at the institution for Mr. Harris to appear, and he does not appear at this time.

The jury trial is scheduled for March 4, 2024. The jury will consist of 8 jurors, with 14 to be qualified, and each side will get 3 strikes.

The court reviews logistics of the trial with the parties.

Mr. Cade states that in Docket No. 77 the court denied the oral motion to move the jury trial to Milwaukee. The plaintiff plans to call a former defendant who resides in Racine, which is beyond the distance allowed for a witness to be subpoenaed. He further raises concern over if the plaintiff will be transported daily to Racine Correctional Institution or if he will be housed at the Brown County Jail.

Mr. Flugaur responds.

The court directs Mr. Flugaur to investigate the personal appearance of Mr. Ridley.

Mr. Cade states that Mr. Harris will appear in street clothes provided from counsel. Mr. Harris will not appear in shackles.

The court orders witnesses to be sequestered during trial.

The court address plaintiff's Motions in Limine, Docket No. 81

      1) Denied
      2) Granted with provision for impeachment purposes
      3) Granted
      4) Granted
      5) Granted
      6) Granted
      7) Stipulated and not an issue
      8) Granted
      9) Granted
      10) Granted
      11) Granted
      12) Granted
      13) Denied
      14) Denied in part and granted in part

15) The court will enforce the Federal rules of evidence
16) Granted – Parties to inform the clerk regarding remote testimony
17) Granted
18) Granted in part and denied in part (Docket No. 88)

The court addresses defendants' Motions in Limine, Docket No. 87
1) Ruling withheld, the court to issue a decision
2) Ruling withheld, the court to issue a decision
3) Denied
4) Granted
5) Granted
6) Denied
7) Ruling withheld, the court to issue a decision
8) Granted
9) Granted
10) Granted
11) Granted

All rulings are pretrial ruling and will be subject to further order of the court.
The issues regarding Mr. Ridley, where Mr. Harris will be housed during trial, and the remaining Motions in Limine to be determine within the next week.